**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**26-60245-CR-KUNTZ/AUGUSTIN-BIRCH**
**CASE NO. ______________________**

FILED BY JAO D.C.
Sep 15, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**IN RE SEALED INDICTMENT**
______________________________/

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrant, this Motion, the resulting Order, and any other related documents be SEALED until the arrest of the defendant or until further Order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________________

NADIA ROSSBACH
Assistant United States Attorney
Florida Bar No.: A5503415
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9343
Email: Nadia.Rossbach@usdoj.gov