**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60245-CR-KUNTZ/AUGUSTIN-BIRCH**

**IN RE SEALED INDICTMENT**
______________________________/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, Arrest Warrant, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, Arrest Warrant, the Motion to Seal, and this Order shall be filed under seal until the arrest of the defendant or until further order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida this 15 day of September 2026.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE