UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 26-cr-60245-Kuntz

UNITED STATES OF AMERICA,

Plaintiff,

v.

Delbert Jaimie Baker, Jr.

Defendant,
_______________________________/

**ORDER**

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendants. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on this 21st day of September 2026.

Dated:

**PANAYOTTA AUGUSTIN-BIRCH**
**UNITED STATES MAGISTRATE JUDGE**