# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D** Date: 9/21/2026 Time: 11:00 a.m.

Defendant: Delbert Jaimie Baker, Jr. (J) J#: 19845-104 Case #: 26-cr-60245-Kuntz

AUSA: Felipe Plechac-Diaz for Nadia Rossbach Attorney: Kyle Gaines, AFPD

Violation: THEFT OF GOVERNMENT MONEY; BANK FRAUD

Proceeding: Initial Appearance/Arraignment CJA Appt: ______

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: $150,000 PSB

Bond Set at: $150,000 PSB Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☑ Other: See bond

Language: English

**Disposition:**

Defendant present and advised of rights and charges. **Court grants Government Ore Tenus Motion to Unseal Indictment,** order signed. **Court grants Defendants Ore Tenus Motion to Appoint Counsel.** Defendant sworn and found indigent by the Court, **Court appoints FPD.** Government recommending bond. **Court grants Government Ore Tenus Motion for Bond. Bond set.** Defendant released. **Defendant arraigned:** Reading of Indictment Waived, Not guilty plea entered, Jury trial demanded, Standing Discovery Order requested. **Court grants Defense Ore Tenus Motion for Standing Discovery Order. Brady Order entered.**

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Status Conference RE: ______

D.A.R. 11:06:07 Time in Court: 15 minutes

**CHECK IF APPLICABLE: ____For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..**