UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-60245-CR-KUNTZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DELBERT JAIMIE BAKER, JR.,

Defendant.
__________________________________/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE CALENDAR CALL AND TRIAL FOR SIXTY DAYS**

Defendant Delbert Jaimie Baker, Jr., through undersigned counsel, moves to continue calendar call and trial for approximately sixty days and to reset the related pretrial deadlines. Mr. Baker states:

The Court's September 22, 2026, scheduling order sets calendar call for October 15, 2026, at 9:30 a.m., and trial during the two-week period beginning October 19, 2026. The deadline for pretrial motions and motions in limine was October 1, 2026. DE 19.

According to the government's discovery response, filed October 5, 2026, discovery was produced to defense counsel through USAFx that same day. The production is Bates-numbered Baker_0001 through Baker_09820, encompassing 9,820 numbered pages. DE 20 at 3. Thus, this production occurred after the pretrial-motion deadline, ten days before calendar call, and fourteen days before the beginning

of the trial period.

Counsel needs additional time to review and organize this substantial production, review the evidence with Mr. Baker, identify and pursue necessary investigation, evaluate potential pretrial motions, and prepare the defense. Meaningful review of this volume of discovery and consultation with the client cannot reasonably be completed within the current schedule.

The requested sixty-day continuance will permit counsel to complete that work and adequately prepare for trial. Counsel also requests that the Court reopen and reset the deadline for pretrial motions and motions in limine, along with the related trial-preparation deadlines, so that issues identified through discovery review may be timely presented.

Counsel conferred with Assistant United States Attorney Nadia Rossbach regarding a sixty-day continuance. The government responded that it has no objection so long as speedy-trial time is waived.

To address that condition, the defense agrees that the delay resulting from the requested continuance should be excluded from the Speedy Trial Act calculation and requests an ends-of-justice continuance under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The defense requests that the Court make the necessary findings and exclude the period through the rescheduled trial date.

Given the volume and timing of the October 5 production, denying the continuance would leave counsel without the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The ends of justice

served by allowing adequate discovery review, client consultation, investigation, and trial preparation outweigh the best interests of the public and Mr. Baker in a speedy trial. The requested, limited delay is justified by those specific preparation needs.

This motion is made to ensure effective preparation and is not made for purposes of delay.

WHEREFORE, Mr. Baker respectfully requests that the Court continue the October 15, 2026 calendar call and the trial period beginning October 19, 2026, for approximately sixty days, reset the pretrial-motion and related deadlines, and exclude the resulting delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: /s/ *Allari Dominguez*
Allari Dominguez
Assistant Federal Public Defender
Florida Bar No.: 98383
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436
E-Mail: Allari_Dominguez@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

/s/ *Allari Dominguez*, AFPD
Attorney for Defendant