UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-60245-CR-KUNTZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DELBERT JAIMIE BAKER, JR.,

Defendant.
_________________________________/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Calendar, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Continue Calendar is hereby Granted. The Calendar Call and Trial in this matter are hereby reset as follows: ______________________________________________________

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of ____________ 2026.

_________________________________
HON. JEFFREY T. KUNTZ
United States District Judge

cc: Allari Dominguez, AFPD
Nadia Rossbach, AUSA